IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY LEE RADFORD**                                                                                           **PLAINTIFF**
**ADC #089900**

v.                             Case No. 4:22-cv-00591-KGB-PSH

**KIAMERA M. KING,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 19). Plaintiff Tommy Lee Radford has not filed any objections, and time for filing objections has passed. After careful review of the Proposed Findings and Partial Recommendation, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Radford may proceed on his First Amendment retaliation claim against separate defendant Sergeant Jenkins based on his allegation that she threatened to have him killed or to have his grievances rejected and dismissed. Mr. Radford's remaining claims against defendants King, Ballon, Bealer, West, Haynie, Wade, Pierce, Branham, Adams, Taylor, White, Bass, Walker, Wilson, Allen, Wells, James, Bell, Evans, Smith, Cook, Thornton, Green, Musselwhite, Matthew, and Jackson (collectively, "remaining defendants") are dismissed for failure to state a claim upon which relief may be granted and remaining defendants are dismissed as parties to this lawsuit. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge