IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY LEE RADFORD**                                                      **PLAINTIFF**
**ADC #089900**

v.                      Case No. 4:22-cv-00591-KGB-PSH

**KIAMERA M. KING,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 66). Plaintiff Tommy Lee Radford has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendant Angela Jenkins's motion for summary judgment on the issue of exhaustion (Dkt. No. 41). Mr. Radford's claims are dismissed without prejudice for failure to exhaust administrative remedies (Dkt. No. 14). Because Mr. Radford may not proceed with his claims at this stage due to a failure to exhaust administrative remedies, Mr. Radford's motion for appointment of counsel is denied as moot (Dkt. No. 67).

It is so ordered this 25th day of March, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge