**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TOMMY LEE RADFORD**                                                                 **PLAINTIFF**
**ADC #089900**

**v.**                              **Case No. 4:22-cv-00591-KGB-PSH**

**KIAMERA M. KING,** *et al.*                                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Tommy Lee Radford's claims are dismissed without prejudice.

It is so ordered this 25th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge